# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -02779(1) |
| | § |
| (1) Simeon Sosa-Camargo | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 10, 2022** in **Kinney** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Simeon SOSA-Camargo, an alien, entered, or was found in the United States at or near Brackettville, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 04/20/2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title          **8**          United States Code, Section(s)     **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Simeon SOSA-Camargo, was arrested by Border Patrol Agents, on November 10, 2022 for being an alien illegally present in the United States. Investigation*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Melton, Lance T.
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

11/15/2022                                                     at    DEL RIO, Texas
File Date                                                             City and State


VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                                  Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02779(1)

(1) Simeon Sosa-Camargo

**Continuation of Statement of Facts:**

and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 04/20/2018 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  
Signature of Judicial Officer

/s/ Melton, Lance T.  
_____  
Signature of Complainant